United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Madelin Otano Piloto, Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 20-21788-Civ-Scola |
| Andrew Saul, Acting Commission of the Social Security Administration, Defendant. | ) ) ) |

### Order Adopting Magistrate Judge's Report And Recommendation

This case was referred to United States Magistrate Judge Edwin G. Torres, consistent with Administrative Order 2019-02 of this Court, for a ruling on all pre-trial, nondispositive matters and for a report and recommendation on any dispositive matters. (ECF No. 2.) On September 6, 2021, Judge Torres issued a report, recommending that the Court deny the Plaintiff's motion for summary judgment and grant the Defendant's motion for summary judgment. (Report of Magistrate, ECF No. 27.) Neither party has filed an objection to the report, and the time to do so has passed.

The Court has considered Judge Torres's report, the record, and the relevant legal authorities. The Court finds Judge Torres's report and recommendation cogent and compelling. The Court **affirms and adopts** Judge Torres's report and recommendation (**ECF No. 27**). Accordingly, the Court **denies** the Plaintiff's motion for summary judgment (**ECF No. 21**) and **grants** the Defendant's motion for summary judgment (**ECF No. 24**). The Court directs the Clerk to **close** this case. Any pending motions are denied as moot.

**Done and ordered**, at Miami, Florida, on September 16, 2021.

_____
Robert N. Scola, Jr.
United States District Judge